# Court of Appeals
# of the State of Georgia

ATLANTA,___October 31, 2014_____

*The Court of Appeals hereby passes the following order:*

**A15D0090.  IVAN RUSSELL CUNNINGHAM, III v. TAMARA RAPSON.**

Ivan Russell Cunningham, III, the biological father of minor child D. S. C., seeks discretionary review of the superior court's order denying his motion for new trial.  The superior court's order was entered on August 23, 2014, and Cunningham filed his application on October 6, 2014.  We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Cunningham filed his application 44 days after entry of the order he seeks to appeal.  Therefore, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,_____10/31/2014_____*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*